UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY PARKER, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

LOS ANGELES COLLECTIVE, LLC d/b/a L'AGENCE,

Defendant.

26-CV-6126 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 27, 2026, Plaintiff filed an affidavit of service stating that Defendant was served on August 21, 2026. Dkt. 6. Defendant's answer was due on September 11, 2026. *See id.* Defendant has neither appeared, answered, nor otherwise responded to the Complaint. Defendant shall do so or seek an extension by October 23, 2026. If Defendant fails to do so, and Plaintiff intends to move for default judgment, Plaintiff shall do so by November 2, 2026.

Plaintiff shall serve a copy of this Order on Defendant by October 12, 2026 and promptly file proof of such service on the docket.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Ronnie Abrams
United States District Judge